IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OHIO

| | | |
|---|---|---|
| **DENNIS ROA, et al.,** | : | Case 1:13-CV-379 |
| | : | |
| Plaintiffs, | : | |
| | : | Judge  Beckwith |
| -vs- | : | |
| | : | Magistrate Judge Litkovitz |
| **DARRELL TETRICK, et al.,** | : | |
| | : | |
| Defendants. | : | |

### STIPULATION OF DISMISSAL

Now come Plaintiffs, Dennis Roa and Michelle Roa, and Defendants, Darrell Tetrick and Commercial Transport, Inc., and hereby state that they have settled all claims in the within case. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendants hereby agree and stipulate that the within case and all claims asserted in this action, by virtue of any and all pleadings filed herein, are hereby DISMISSED with prejudice. The Plaintiffs and Defendants shall be responsible for one-half (1/2) of any outstanding Court costs.

AGREED TO AND SUBMITTED BY:

| | |
|---|---|
| JEFFREY S. BAKST & ASSOC., LLC | JURCA & LASHUK, LLC |
| | |
|       /s/ Jeffrey S. Bakst per email authority |       /s/ Jeffrey J. Jurca |
| Jeffrey S. Bakst, Esq. | Jeffrey J. Jurca (0012107) |
| Michael A. Cook, Esq. | Beth Anne Lashuk (0063144) |
| 2406 Auburn Avenue | Jason P. Grable (007655665) |
| Cincinnati, Ohio 45219 | 240 North Fifth Street, Suite 330 |
| (513) 381-2221; (513) 977-5595 | Columbus, Ohio 43215 |
| *Attorneys for Plaintiffs* | (614) 846-9228; (614) 846-9181 fax |
| | jjurca@jurcalashuk.com |
| | blashuk@jurcalashuk.com |
| | jgrable@jurcalashuk.com |
| | *Attorneys for Defendants* |